**LYNCH LYNCH HELD
ROSENBERG & PERKINS, P.C.**
222 Route 59, Suite 111
Suffern, NY 10901
Tel.: (201) 288-2022
Fax: (201) 455-6359
Attorneys for Plaintiff Avraham Paneth

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM PANETH,<br><br>　　　　　　*Plaintiffs,*<br><br>v.<br><br>BLACKWOOD VENTURES, LLC, BLACKWOOD CAPITAL, LTD., GLEN ROSE PETROLEUM CORPORATION,<br><br>　　　　　　*Defendants.* | Civil Action No. 1:12-cv-5041-PKC<br><br>**VOLUNTARY DISMISSAL PURSUANT TO FRCP § 41(a)(1)(A)(i)** |

Plaintiff AVRAHAM PANETH ("Paneth" or "plaintiff"), by his attorneys, LYNCH LYNCH HELD ROSENBERG & PERKINS, PC, hereby voluntarily dismisses the above captioned action, without prejudice, pursuant to FRCP § 41(a)(1)(A)(i), as no responsive pleading has been filed or received in this matter.

　　　　　　　　　　　　　　　　　**LYNCH LYNCH HELD
　　　　　　　　　　　　　　　　　ROSENBERG & PERKINS, P.C.**
　　　　　　　　　　　　　　　　　222 Route 59, Suite 111
　　　　　　　　　　　　　　　　　Suffern, NY 10901
　　　　　　　　　　　　　　　　　Tel.: (201) 288-2022
　　　　　　　　　　　　　　　　　Fax: (201) 455-6359
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Avraham Paneth


　　　　　　　　　　　　　　　　　/s/ Jason R. Lipkin_____
　　　　　　　　　　　　　　　　　Jason R. Lipkin, Esq.

{00317193.DOC}